**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **TRACIE GARDNER** : | |
| : | |
| v. : | **CIVIL ACTION NO. 21-3422** |
| : | |
| **ULTA SALON, COSMETICS** : | |
| **& FRAGRANCE, INC.** : | |

## ORDER

This 24th of August, 2022, it is here by **ORDERED** that, for the reasons set forth in the accompanying memorandum, Defendant's Motion for Summary Judgment, ECF 21, is **GRANTED**. The Clerk is requested to mark this case closed for statistical purposes.

                                                          /s/ Gerald Austin McHugh
                                                    United States District Judge