UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 22-2785
_____

TRACIE GARDNER,
                Appellant

v.

ULTA SALON COSMETICS AND FRAGRANCE INC
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-21-cv-03422)
District Judge: Honorable Gerald A. McHugh
_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
January 19, 2024
_____

Before: HARDIMAN, MATEY, and PHIPPS, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came to be considered on appeal from the United States District Court for the Eastern District of Pennsylvania and was submitted under Third Circuit L.A.R. 34.1(a) on January 19, 2024. On consideration whereof, it is now **ORDERED** and **ADJUDGED** by this Court that the order of the District Court entered August 24, 2022, is hereby **AFFIRMED**. Costs will be taxed against Appellants.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: March 14, 2024

Certified as a true copy and issued in lieu of a formal mandate on April 5, 2024

Teste: *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**

2